UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24–cv–00469–MWF–DTB | Date | January 31, 2025 |
| Title | KACIE LAW KELLY V. EXPERIAN INFORMATION SOLUTIONS, INC. ET AL | | |

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present                             None Present

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

In light of the Notice of Settlement filed January 30, 2025, the Court sets a hearing on Order To Show Cause Re Dismissal for March 3, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk: smom