JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KACIE LAW KELLY,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. EDCV 24-469-MWF(DTBx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court has reviewed the Stipulation of Dismissal with Prejudice filed by Plaintiff and Defendant Equifax Information Services, Inc. (Docket No. 36). For good cause shown, the request is GRANTED. The Court ORDERS this action is DISMISSED in its entirety, with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: February 27, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-